UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BROOKFIELD ASSET MANAGEMENT, INC., f/k/a Hees International Bancorp Inc., and

BRYSONS INTERNATIONAL, LTD., f/k/a Brysons International Bank, Ltd.,

        Plaintiffs,

  -against-

AIG FINANCIAL PRODUCTS CORP. and

AMERICAN INTERNATIONAL GROUP, INC.,

        Defendants.

09 Civ. 8285 (PGG)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that William B. Adams of Quinn Emanuel Urquhart Oliver & Hedges, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of defendants AIG Financial Products Corp. and American International Group, Inc., in the above-captioned matter.

    I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       December 17, 2009

                                        By: /s/ William B. Adams
                                              William B. Adams
                                              Quinn Emanuel Urquhart Oliver & Hedges LLP
                                              51 Madison Avenue, 22nd Floor
                                              New York, New York  10010
                                              Tel:   (212) 849–7000
                                              Fax:   (212) 849–7100
                                              Email: *williamadams@quinnemanuel.com*
                                              *Attorneys for Defendants AIG Financial Products Corp. and American International Group, Inc.*