# JENNER&BLOCK

March 31, 2010

| | Jenner & Block LLP | Chicago |
| --- | --- | --- |
| | 919 Third Avenue | Los Angeles |
| | 37th Floor | New York |
| | New York, NY 10022 | Washington, DC |
| | Tel 212-891-1600 | |
| | www.jenner.com | |

**VIA FAX & OVERNIGHT MAIL**

Hon. Frank Maas
United States Magistrate Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, NY 10007

Stephen Ascher
  Partner
Tel  212 891-1670
Fax  212 891-1699
sascher@jenner.com

Re: *Brookfield Asset Management, Inc. et ano. v. AIG Financial Products Corp. et ano., 09-CV-8285*

Dear Magistrate Judge Maas:

I am counsel for Plaintiffs in the above-captioned matter. The parties have agreed to the enclosed Stipulated Confidentiality Agreement and Protective Order ("Order"). Because of the nature of the discovery in this matter, the parties have agreed to certain modifications to Judge Gardephe's Model Stipulated Confidentiality Agreement and Protective Order. These modifications are illustrated in the attached redline comparing the enclosed Order to the court's model order.

Please let us know if you have any questions about the parties' enclosed Order, which we respectfully submit for Your Honor's approval.

Respectfully,

*[signature]*

Stephen L. Ascher

Enclosures

cc:   Michael B. Carlinsky, Esq.
      Quinn Emanuel Urquhart & Sullivan LLP
      51 Madison Avenue 22nd Floor
      New York, NY 10010
      *counsel for Defendants AIG and AIG-FP*

*[Handwritten endorsement:]* I am concerned about ¶1 B the proposed order, which, as amended, extends confidentiality to all testimony, not just deposition testimony. To my understanding, if confidential information is used during the course of a trial, it loses its prior protection. Either ¶1 needs to be reworded or someone needs to explain to me why my understanding is wrong. — Maas, USMJ, 3/31/10

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/10