AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

_____Southern_____   DISTRICT OF   _____New York_____

## APPEARANCE

Case Number: 1:09-cv-08285-PGG-FM

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Brookfield Asset Management, Inc. and
Brysons International, Ltd.

I certify that I am admitted to practice in this court.

| 3/7/11 | /s/ Sharmila Sohoni |
|---|---|
| Date | Signature |
| | Sharmila Sohoni — SS6452 |
| | Print Name / Bar Number |
| | Jenner & Block LLP, 919 Third Avenue, 37th Floor |
| | Address |
| | New York     NY     10022 |
| | City / State / Zip Code |
| | (212) 891-1674     (212) 909-0873 |
| | Phone Number / Fax Number |