```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED: 9/17/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

BROOKFIELD ASSET                              :
MANAGEMENT, INC.,
                                              :
                    Plaintiff,                     **ORDER**
                                              :
        - against -                                09 Civ. 8285 (PGG) (FM)
                                              :
AIG FINANCIAL PRODUCTS CORP.,
                                              :
                    Defendant.
                                              :
---------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

        Pursuant to the conference held earlier today, it is hereby ORDERED that

the parties shall comply with the discovery rulings during the conference.

        SO ORDERED.

Dated:        New York, New York
              September 12, 2012

                                              FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Hon. Paul G. Gardephe
United States District Judge

Counsel via ECF